DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

MARVIN EUGENE WELLS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2435

—————————————————

April 1, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Marvin Eugene Wells, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.